**DISMISS; and Opinion Filed January 22, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00092-CV

**JAMES L. DAHLEM, Appellant**
**V.**
**BRIAN METZGER, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-13010**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Brown
Opinion by Chief Justice Wright

Appellant's brief in this case is past due. By postcard dated April 17, 2013, we notified appellant the time for filing his brief had expired. We directed appellant to file both his brief and an extension motion within ten days. We cautioned appellant that failure to file his brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief, an extension motion, or otherwise corresponded with the Court regarding the status of his brief.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

130092F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JAMES L. DAHLEM, Appellant

No. 05-13-00092-CV     V.

BRIAN METZGER, Appellee

On Appeal from the 298th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-12-13010.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee BRIAN METZGER recover his costs of this appeal from appellant JAMES L. DAHLEM.

Judgment entered this 22nd day of January, 2014.

/Carolyn Wright/

CAROLYN WRIGHT
CHIEF JUSTICE